SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
JORDAN M. MEEKS (State Bar No. 311937)
jmm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANIA CANAVATI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 20,<br><br>　　　　Defendants. | Case No. 4:18-cv-07284-HSG<br><br>**AMENDED STIPULATION TO EXTEND DEADLINE FOR FACT DISCOVERY AND DISCLOSURE OF EXPERT WITNESS INFORMATION; ORDER**<br><br>Assigned to Hon. Judge Haywood S. Gilliam, Jr. |

# RECITALS

The parties to this action, by and through their respective attorneys of record, respectfully submit the following Stipulation to Extend the Deadline for Fact Discovery, the Disclosure of Expert Witness Information, and Expert Discovery and Depositions:

WHEREAS, Plaintiff initiated this lawsuit on August 29, 2018;

WHEREAS, on December 3, 2018 Costco Wholesale Corporation ("Costco") removed this matter to the Northern District of California;

WHEREAS, on December 5, 2018 this matter was assigned to the Honorable Jacqueline Scott Corley;

WHEREAS, on December 17, 2018 the Court reassigned this matter to the Honorable Haywood S. Gilliam, Jr. in the Oakland Division for all further proceedings;

WHEREAS, on June 11, 2019 this Court issued a Scheduling Order, which provided the following deadlines:

1. Close of Fact Discovery: July 21, 2019;
2. Expert Disclosures: August 2, 2019;
3. Expert Discovery & Depositions: August 19, 2019;
4. Dispositive Motion Hearing: October 17, 2019;
5. Pre-Trial Conference: January 21, 2020;
6. Jury Trial: February 10, 2020.

WHEREAS, Plaintiff noticed the depositions for various Costco employees, as well as Costco Persons Most Knowledgeable for July 19, 2019;

WHEREAS, Plaintiff also served Costco with a Request for Permission to Inspect Costco's Premises for July 19, 2019;

WHEREAS, due to scheduling conflicts with Costco's employees and the unavailability of counsel, the parties were forced to re-schedule the aforementioned depositions and Plaintiff's Request for a Site Inspection to August 20, 2020;

WHEREAS, due to various scheduling conflicts by Plaintiff's treating physicians, Costco has also been forced to notice and schedule the depositions of several treating physicians for

1 August 27, 2019 and August 28, 2019;

2 WHEREAS, based on the parties' inability to acquire necessary testimony from various fact witnesses and treating physicians until late August, through no fault of their own, the parties require additional time for conducting fact discovery, and additional time to evaluate which experts they will need to retain pursuant to F.R.C.P. 26(a)(2)(B), and/or which treating physicians they will present testimony from pursuant to F.R.C.P. 26(a)(2)(A);

WHEREAS, to allow sufficient time to conduct the necessary fact discovery, conduct the necessary depositions, and partake in the necessary site inspection, the parties have agreed to stipulate to extend the fact discovery deadline from July 21, 2019 to August 20, 2019;

WHEREAS, to allow sufficient time to conduct the necessary fact discovery, conduct the necessary treating physician depositions, and partake in the site inspection, the parties have agreed to stipulate to extend the Expert Disclosure deadline from August 2, 2019 to September 1, 2019;

WHEREAS, to allow sufficient time to conduct the necessary fact discovery, conduct the necessary treating physician depositions, and partake in the site inspection, the parties have agreed to stipulate to extend the Expert Discovery & Depositions deadline from August 19, 2019 to September 11, 2019;

WHEREAS, the parties will not be prejudiced by an extension of time to conduct fact discovery, make their expert disclosures and conduct expert depositions.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that the current deadline of July 21, 2019 for fact discovery is extended to August 20, 2019, the current deadline of August 2, 2019 for disclosure of expert witness information, including testimony and reports, is extended to September 1, 2019, and the current deadline of August 19, 2019 for expert discovery and depositions, is extended to September 11, 2019.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: August 9, 2019 | | CAMARENA LAW OFFICE, A.P.C |

By: */s/ Ignascio G. Camerena II*
 IGNASCIO G. CAMARENA II

Attorney for Plaintiff RANIA CANAVATI

DATED: August 9, 2019   SEVERSON & WERSON
A Professional Corporation

By: */s/ Jordan M. Meeks*
 Sharon C. Collier
 Jordan M. Meeks

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

## ORDER

IT IS SO ORDERED.

DATE: 8/12/2019 *[signature]*
 HON. JUDGE HAYWOOD S. GILLIAM, JR.