SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
JORDAN M. MEEKS (State Bar No. 311937)
jmm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANIA CANAVATI,<br><br>           Plaintiff,<br><br>     vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 20,<br><br>           Defendants. | Case No. 4:18-cv-07284-HSG<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND COSTCO WHOLESALE CORPORATION**<br><br>[Assigned to Hon. Judge Haywood S. Gilliam, Jr.]<br><br>Trial Date: February 10, 2020 |

Plaintiff RANIA CANAVATI ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Costco") hereby notify the Court that they have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers.

Plaintiff and Costco anticipate filing a Notice of Dismissal of this action, with prejudice, within 45 days. The parties request that all pending dates, including the

//
//
//
//

1 | upcoming Settlement Conference, be vacated.

2

3 | DATED:  December 23, 2019           CAMARENA LAW OFFICE, A.P.C

4

5

      By:      */s/ Ignascio G. Camarena*
6                        Ignascio G. Camarena

7     Attorneys for Plaintiff
      RANIA CANAVATI
8

9

10 | DATED:  December 23, 2019           SEVERSON & WERSON
                                         A Professional Corporation
11

12

13              By:      */s/ Jordan M. Meeks*
                               Jordan M. Meeks
14
      Attorneys for Defendant
15    COSTCO WHOLESALE CORPORATION